DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDGAR MONSERRATT,** as personal representative of the estate of
**EDGAR MONSERRATT MARTINEZ,** deceased,
Appellant,

v.

**TESLA, INC.** a.k.a. **TESLA FLORIDA, INC., HALSTON LOYD,
JAMES B. RILEY,** individually, **JAMES B. RILEY** as the personal
representative of the estate of **BARRETT RILEY,** deceased, and
**JR CORPORATE SERVICES GROUP LLC,** a Florida limited liability
company,
Appellees.

No. 4D22-2345

[June 8, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth
Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No.
CACE-19-000422.

Bard D. Rockenbach and Adam Richardson of Burlington &
Rockenbach, P.A., West Palm Beach, and Scott P. Schlesinger, Jonathan
R. Gdanski and Cristina Sabbagh of Schlesinger Law Offices, P.A., Fort
Lauderdale, for appellant.

Wendy F. Lumish and Alina Alonso Rodriguez of Bowman and Brooke
LLP, Miami, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***